1  Michael A. Rollin (State Bar No. 251557)
   mrollin@rplaw.com
2  REILLY POZNER LLP
   515 South Flower Street, 36th Floor
3  Los Angeles, California 90071
   Telephone: (213) 236-3576
4  Facsimile: (213) 236-3570

5  REILLY POZNER LLP
   511 Sixteenth Street, Suite 700
6  Denver, Colorado 80202
   Telephone: (303) 893-6100
7  Facsimile: (303) 893-6110

8
   Attorney for Plaintiff LEHMAN BROTHERS HOLDINGS,
9  INC.

*[Filed stamp: 2010 NOV 15 PM 4:27, CLERK U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., SANTA ANA; BY FAX FILED]*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSFIRST LENDING, INC., d/b/a Nations First Lending, Inc. <br><br> Defendant. | CASE NO. SACV10-1753 JVS(RNBx) <br><br> **COMPLAINT FOR BREACH OF CONTRACT** |

Plaintiff Lehman Brothers Holdings, Inc. ("LBHI"), invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1332 given the complete diversity of citizenship between the plaintiff and defendant. LBHI, by and through its undersigned attorneys, and for its causes of action against Defendant, NationsFirst Lending, Inc. d/b/a Nations First Lending, Inc. ("Nations First"), alleges and states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff LBHI and Defendant Nations First, and the amount in

1  controversy exceeds $75,000, exclusive of interests and costs.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendant Nations First resides in Irvine, Orange County, California.

## NATURE OF ACTION

3. From 2004 until 2007, Lehman Brothers Bank, FSB ("LBB," and collectively with LBHI, "Lehman") purchased mortgage loans from Nations First pursuant to a series of written contracts. LBB subsequently assigned its rights under those contracts to LBHI. With respect to certain of these mortgage loans, Nations First breached provisions of the contracts that required it to repurchase from Lehman mortgage loans for which the borrower failed to make payments on the mortgage. By this action, LBHI seeks to recover money damages for injuries that have been sustained as a result of Nations First's failure or refusal to honor its obligation to repurchase loans.

## PARTIES

4. LBHI is a Delaware corporation, incorporated under the laws of the State of Delaware in 1983, with its principal place of business in New York. For purposes of diversity, LBHI is thus deemed to be a citizen of Delaware and a citizen of New York. LBHI has commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and is authorized to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As such, LBHI is prosecuting this case to preserve the value of its assets for the benefit of its creditors.

5. Nations First is a California corporation, incorporated under the laws of California in 2002, with its principal place of business in Irvine, California. For purposes of diversity, Nations First is thus deemed to be a citizen of California.

## FACTUAL ALLEGATIONS

6. Lehman engages in the purchase and sale of mortgage loans.

7. Nations First engages in mortgage lending, as well as the sale of mortgage loans in the secondary market to investors such as Lehman.

8. On March 25, 2004, Nations First entered into a written Loan Purchase Agreement with LBB (the "Agreement"). The Agreement specifically incorporates the terms and conditions of the Seller's Guide of Lehman's agent, Aurora Loan Services LLC ("Aurora"), which sets forth additional duties and obligations of Nations First.

9. The Agreement and the Seller's Guide set forth the duties and obligations of the parties with respect to the purchase and sale of mortgage loans, including but not limited to purchase price, delivery and conveyance of the mortgage loans and mortgage loan documents, examination of mortgage loan files and underwriting, representations and warranties concerning the parties and individual mortgage loans purchased or sold, and remedies for breach.

10. Nations First sold a number of mortgage loans to Lehman under the Agreement and Seller's Guide, including the loans discussed below.

11. Subsequent to such sales by Nations First, LBB sold all of the loans discussed below to LBHI.

12. Subsequent to such sales, LBB assigned all of its rights and remedies under the Agreement and Seller's Guide to LBHI.

**Misrepresentation**

13. With respect to each of the loans sold to Lehman under the Agreements and Seller's Guide, Nations First made a number of representations, warranties, and covenants concerning the mortgage loans including with respect to, without limitation:

(a) the validity of all mortgage loan documentation;

(b) the accuracy and integrity of all information and documentation regarding borrower identity, income, employment, credit, assets, and liabilities used in making the decision to originate the mortgage loans;

(c) occupancy by the borrower of the property securing the mortgage loan;

(d) the ownership, nature, condition, and value of the real property securing the respective mortgage loans; and

(e) the conformance of the mortgage loans with applicable underwriting guidelines

3

**COMPLAINT**

404013

and loan program requirements.

14. Nations First also represented and/or warranted that no error, omission, misrepresentation, negligence, fraud, or similar occurrence took place with respect to the mortgage loans by any person involved in the origination of the mortgage loans, and that no predatory or deceptive lending practices were used in the origination of the mortgage loans.

15. With respect to itself, Nations First represented and/or warranted that it has the ability to perform its obligations under, and satisfy all requirements of, the Agreements and Seller's Guide.

16. With respect to certain mortgage loans purchased from Nations First, Lehman discovered material problems with those loans and that Nations First had breached representations, warranties, and/or covenants under the Agreements and Seller's Guide concerning the mortgage loans.

17. As to loans ****1555 and ****1621, the borrower's loan application that was transmitted to LBB's agent Aurora misrepresented the identity of the true borrower, who engaged in a strawbuyer transaction, and misrepresented the borrower's intention to occupy the subject property as her primary residence. This was a material breach of Nations First's representation, warranty and covenant in Section 703(1) of the Seller's Guide that

> No document, report or material furnished to Purchaser in any Mortgage Loan File or related to any Mortgage Loan (including, without limitation, the Mortgagor's application for the Mortgage Loan executed by the Mortgager), was falsified or contains any untrue statement of fact or omits to state a fact necessary to make the statements contained therein not misleading.

These facts also constituted a material breach of Nations First's representation, warranty and covenant in Section 703(21) of the Seller's Guide that

> The Mortgage Loan has been originated and processed by Seller or Seller's correspondent in accordance with, and conforms with, the terms of this

4

**COMPLAINT**

404013

> Seller's Guide and the Loan Purchase Agreement, and the Mortgage Loan has been underwritten in accordance with Underwriting Guidelines in effect as of the date of the Delivery Commitment applicable to the Mortgage Loan. The Mortgage Loan complies with all the requirements of the related Program Profile applicable to such mortgage Loan. . . .

18. In addition, as to these same two loans, the loan officer received a kickback on the loans. The purchase contract reflects this was a "for sale by owner" and there was no realtor used in the transactions, yet the Housing and Urban Development Settlement Statement reflects a sales commission being paid to the loan officer. Aurora verified that the loan officer on these two loans was not a licensed real estate salesperson in California. This was a material breach of Nations First's representations, warranties and covenants in Section 703(1) and 703(21) of the Seller's Guide.

19. As assigned, the Agreements and Seller's Guide provide that in the event of a breach of the representations, warranties, and/or covenants, LBHI or its agent may demand that Nations First repurchase the loans and Nations First shall repurchase the loans at a certain repurchase price, and that Nations First shall indemnify LBHI or its agent for LBHI's losses on such loans.

20. LBHI, through its agent, provided Nations First with individual letters informing Nations First of Nations First's material breaches of the representations, warranties and covenants with respect to the loans referenced in paragraphs 16 through 18, above, and demanding that Nations First repurchase the mortgage loans referenced in paragraphs 16 through 18, above, at the specified repurchase price.

21. Nations First has refused, and continues to refuse, to repurchase the mortgage loans, to indemnify Lehman, or otherwise comply with its obligations under the Agreements and Seller's Guide with respect to the mortgage loans referenced in paragraphs 16 through 18, above. The facts stated above and Nations First's failure and refusal to repurchase the mortgage loans or to indemnify Lehman constitute material breaches of the Agreements and Seller's Guide.

22. Nations First's failure and refusal to honor its contractual obligations discussed above has proximately caused material and adverse effect upon LBHI, causing LBHI to suffer losses on each of the loans discussed above which it would not have suffered had Nations First honored its obligations.

## CLAIM FOR RELIEF

(Breach of Contract – Damages)

23. LBHI hereby repeats and realleges the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. The Agreement and the Seller's Guide are a valid and enforceable contract that is binding upon Nations First.

25. Lehman, Lehman's agents and any and all assignees of Lehman's rights have substantially performed all of their obligations under the Agreement and Seller's Guide.

26. As set forth herein, Nations First has breached the respective Agreement and Seller's Guide by refusing or otherwise failing to repurchase the mortgage loan that became an Early Payment Default, and/or refusing to indemnify Lehman.

27. With regard to the mortgage loan that Nations First has failed to repurchase, Nations First's breaches of the Agreement and Seller's Guide resulted in actual and consequential damages in an amount to be proven at trial.

## SECOND CLAIM FOR RELIEF

(Breach of Express Warranty)

28. LBHI hereby repeats and realleges the above allegations of this Complaint as if fully set forth herein.

29. The Agreements and the Seller's Guide constitute valid and enforceable contracts that are binding upon Nations First.

30. With regard to each of the mortgage loans sold to Lehman under the Agreements and Seller's Guide, Nations First made a number of express warranties with respect to material facts concerning the loans as set forth in paragraphs 13 through 15, above.

31. The express warranties contained in the Agreements and Seller's Guide were part of the basis of the bargain between Lehman and Nations First, and Lehman relied upon those warranties in executing the Agreement.

32. Nations First materially breached such express warranties for the loans referenced in paragraphs 16 through 18, above, as set forth above.

33. LBHI, through its agent, provided Nations First with timely written notice concerning Nations First's breaches of the express warranties.

34. Nations First refused or failed to take adequate steps to remedy or to compensate Lehman for Nations First breaches of the express warranties. Nations First's breach of its warranties was a proximate cause of material and adverse effects upon LBHI, causing LBHI to suffer losses on the loans discussed above which it would not have suffered had Nations First honored its obligations.

**PRAYER FOR RELIEF**

WHEREFORE, LBHI respectfully requests that this Court enter judgment in its favor and against Nations First, as follows:

(a) For all damages arising from or relating to Nations First's breaches of contract in an amount to be proven at trial;

(b) For an Order of this Court declaring that Nations First is required to compensate Lehman immediately for all actual and consequential damages resulting from Nations First's breaches of the Early Payment Default provisions of the Agreement and Seller's Guide.

(c) For recoverable interest;

(d) For the costs and expenses of suit incurred by LBHI herein, including attorneys' fees and costs and expert witness fees;

(e) For such other relief as this Court deems just and proper.

| | | |
|---|---|---|
| 1 | DATED: November 12, 2010 | REILLY POZNER LLP |

*[signature]*

Michael A. Rollin
Attorney for Plaintiff
LEHMAN BROTHERS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Lehman Brothers Holdings, Inc.

**DEFENDANTS**
Nationfirst Lending, Inc., d/b/a Nations First Lending, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael A. Rollin, SBN 251557, Reilly Pozner LLP, 515 Flower Street, 36th Floor, Los Angeles, CA 90071; 213-236-3576

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No        ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☒ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations |  | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise |  | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION |  | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  |  |  |  |

**FOR OFFICE USE ONLY:** Case Number: **SACV10-1753 JVS(RNBx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| New York | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_    Date 11/15/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Case 8:10-cv-01753-JVS -RNB   Document 1   Filed 11/15/10   Page 11 of 13   Page ID #:11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1753 JVS (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Michael A. Rollin (251557)
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., <br><br> PLAINTIFF(S) <br> v. <br> NATIONSFIRST LENDING, INC., d/b/a Nations First Lending, Inc. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV10-1753 JVS(RNBx)** <br><br> SUMMONS |

TO: DEFENDANT(S): <u>NATIONSFIRST LENDING, INC., d/b/a Nations First Lending, Inc.</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Michael A. Rollin</u>, whose address is <u>515 South Flower Street, 36th Floor, Los Angeles, California 90071</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: <u>NOVEMBER 15, 2010</u>  By: <u>N. BOEHME</u>
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

144

Name & Address: Michael A. Rollin (251557)
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LEHMAN BROTHERS HOLDINGS, INC., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | SACV10-1753 JVS(RNBx) |
| NATIONSFIRST LENDING, INC., d/b/a Nations First Lending, Inc. | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): NATIONSFIRST LENDING, INC., d/b/a Nations First Lending, Inc.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Michael A. Rollin__, whose address is _515 South Flower Street, 36th Floor, Los Angeles, California 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __November 15, 2010__   By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)        SUMMONS