1   Michael Rollin (State Bar No.251557)
    Matthew D. Spohn (State Bar No. 269636)
2   REILLY POZNER LLP
    515 S. Flower Street, 36th Floor                    JS-6
3   Los Angeles, California 90017
    Telephone:  (213) 236-3576
4   Facsimile:  (303) 893-6110
    mrollin@rplaw.com
5   mspohn@rplaw.com

6

7   Attorneys for Plaintiff LEHMAN BROTHERS
    HOLDINGS, INC.

8                UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

10

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, | CASE NO. SACV10-1753 JVS (RNBx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| NATIONSFIRST LENDING, INC., d/b/a Nations First Lending, Inc. | |
| Defendant. | |

        Pursuant to and in accordance with the Order Granting Plaintiff's Motion for
Default Judgment, it is

        ORDERED AND ADJUDGED that default judgment is hereby entered in
favor of Plaintiff Lehman Brothers Holdings, Inc. and against Defendant
Nationsfirst Lending, Inc. in the total amount of $631,435.77. It is further

ORDERED AND ADJUDGED that post-judgment interest shall accrue on the total amount of $631,435.77 at the rate of 0.26% per annum from the date of entry of judgment.

DATED:  April 18, 2011

_____
Honorable James V. Selna
United States Judge

Submitted by:

*/s/ Matthew D. Spohn*
Attorney for Plaintiff

2

**JUDGMENT**

1

**PROOF OF SERVICE**

2 **STATE OF COLORADO,**

3 **COUNTY OF DENVER**

4
     I am employed in the aforesaid county, State of Colorado; I am over the age of 18 years and not a party to the within action; my business address is **1900 Sixteenth Street, Suite 1700,**
5 **Denver, Colorado 80202.**

6 On March 4, 2011, I served the PROPOSED DEFAULT JUDGMENT on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid,
7 addressed as follows:

8 Scott Weidenhammer
25011 Farrier Circle
9 Laguna Beach, CA 92653

10 ☒ **(BY MAIL)**

11     ☒ I deposited such envelope in the mail at Denver, Colorado.  The envelope was mailed with postage thereon fully prepaid.

12     ☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for
13 mailing with United States Postal Service.  The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my
14 place of employment, so that it will be picked up this date with postage thereon fully prepaid in the ordinary course of such business.

15 ☐ **(BY FEDERAL EXPRESS)**

16 I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by
17 Federal Express.  Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Denver, Colorado in the ordinary
18 course of business.  I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with
19 Federal Express.

20 ☐ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court
21 at whose direction the service was made.

22     Executed March 4, 2011, at Denver, Colorado.

23                 */s/ Ann Romanelli*
                    Ann Romanelli

24

25

26

27

28

Reilly Pozner LLP
Denver-Los Angeles

1

505786